UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATRINA WISCHMANN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | NO. CV-09-179-CI<br><br>**JUDGMENT IN A<br>CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **DENIED**; Defendant's Motion for Summary Judgment dismissal is **GRANTED**. Judgment is entered for Defendant.

DATED: July 12, 2010

　　　　　　　　　　　　　　　　JAMES R. LARSEN
　　　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　　s/ L. Stejskal
　　　　　　　　　　　　　　　　Deputy Clerk